IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRISON LAVERGNE, JR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | No. C 11-3583 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　On July 20, 2011, Plaintiff, a prisoner of the State of California, the Clerk received a letter from Plaintiff concerning the conditions of his confinement, and opened this civil action. That day, the Clerk notified Plaintiff that he had not filed a complaint and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's from civil rights complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if, within thirty days, he did not file a complaint and either pay the filing fee or file a completed IFP application. More than thirty days have passed, and no response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

　　　　The Clerk shall enter judgment and close the file.

　　　　IT IS SO ORDERED.

DATED: September 26, 2011

　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARRISON LAVERGNE JR.,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

        Defendant.

Case Number: CV11-03583 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harrison LaVergne G-50439
Richard J. Donovan Correctional Facility
P.O. Box 799001
San Diego, CA 92179-001

Dated: September 26, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk